# EXHIBIT A

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

TIM DAVIS,

   *Plaintiff,*

   vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

   *Defendant.*

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. GD-20-008734

**COMPLAINT IN CIVIL ACTION**

Filed on Behalf of Plaintiff:
Tim Davis

Counsel of Record for this Party:
**THE LAW FIRM OF FENTERS WARD**

Joshua P. Ward
Pa. I.D. No. 320347

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:  (412) 545-3015
Fax No.:  (412) 540-3399
E-mail:  JWard@FentersWard.com

## **NOTICE TO DEFEND**

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. IF YOU CANNOT AFFORD TO HIRE A LAWYER, this office may be able to provide you with information about agencies that may offer legal service to eligible persons at a reduced fee or no fee:

LAWYER REFERRAL SERVICE
11TH FLOOR KOPPERS BUILDING
436 SEVENTH AVENUE
PITTSBURGH, PENNSYLVANIA 15219
TELEPHONE: (412) 261-5555

**HEARING NOTICE YOU HAVE BEEN SUED IN COURT.** The above Notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in the Compulsory Arbitration Center. Report to the Arbitration Assembly Room, Courtroom Two, Seventh Floor City-County Building, 414 Grant Street, Pittsburgh, Pennsylvania 15219, on _____, 2020, at 9:00 A.M.

IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. DUTY TO APPEAR AT ARBITRATION HEARING IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

NOTICE: You must respond to this complaint within twenty (20) days or a judgment for the amount claimed may be entered against you before the hearing. If one or more of the parties is not present at the hearing, the matter may be heard immediately before a judge without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.

1

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

TIM DAVIS,

*Plaintiff,*

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

*Defendant.*

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. GD-20-008734

## COMPLAINT

AND NOW, comes Plaintiff, Tim Davis, by and through the undersigned counsel, The Law Firm of Fenters Ward and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Action against Defendant, Portfolio Recovery Associates, of which the following is a statement:

## PARTIES

1.      Plaintiff, Tim Davis (hereinafter "Tim Davis"), is an adult individual who currently resides at 1595 Axmann Road, Bellefonte, Pennsylvania 16823.

2.      Defendant, Portfolio Recovery Associates, (hereinafter "Portfolio Recovery Associates"), is a limited liability company with its principal place of business located at 120 Corporate Boulevard, Norfolk, Virginia 23502.

## JURISDICTION AND VENUE

3.      Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Debt Collection Practices Act, 15 U.S.C § 1692, *et seq.* (hereinafter, the "FDCPA").

4.      Venue is proper pursuant to Pa.R.C.P. 2179(a)(2) because Defendant regularly conducts business in Allegheny County, Pennsylvania, and because Defendant is subject to general jurisdiction of Allegheny County, Pennsylvania.

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

5.    On April 29, 2019, Portfolio Recovery Associates filed a Civil Complaint against Tim Davis in Magisterial District Court at Docket Number: MJ-49302-CV-0000051-2019. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

6.    In response to the aforesaid lawsuit, Tim Davis engaged The Law Firm of Fenters Ward for representation.

7.    On August 7, 2019, The Law Firm of Fenters Ward served Portfolio Recovery Associates with a letter, (hereinafter, the "First Dispute Letter") wherein Portfolio Recovery Associates was informed of the disputed nature regarding the alleged debt and that Tim Davis was represented by counsel. A true and correct copy of the First Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "B".

8.    This First Dispute Letter stated that Tim Davis "denie[d] owing Portfolio Recovery Associates any amount of money" and therefore disputed any and all alleged debts Portfolio Recovery Associates claimed to possess. See Exhibit "B".

9.    Furthermore, Portfolio Recovery Associates was directed to cease and desist from contacting Tim Davis directly. See Exhibit "B".

10.    On August 6, 2019, The Law Firm of Fenters Ward filed an Entry of Appearance and an Intent to Defend on Tim Davis's behalf. True and correct copies of the Entry of Appearance and Notice of Intent to Defend are attached hereto, made a part hereof, and marked as Exhibit "C".

11.    On August 12, 2019, a Civil Action Hearing was held before the Honorable Judge Kelly Gillette-Walker, Magisterial District Judge. See Exhibit "A".

12.    On August 12, 2019, at the conclusion of the Civil Action hearing, Judge Kelly Gillette-Walker granted a JUDGMENT FOR DEFENDANT in favor of Tim Davis and against

3

Capital One Bank. A true and correct copy of the Notice of Judgment is attached hereto, made a part hereof, and marked as Exhibit "D".

13.    On August 29, 2019, Portfolio Recovery Associates mailed The Law Firm of Fenters Ward a letter delineating details concerning an alleged account associated with Tim Davis. A true and correct copy of the letter is attached hereto, made a part hereof, and marked as Exhibit "E".

14.    Within this letter, printed at the bottom of the first page, in bold font, Portfolio Recovery Associates stated, "This communication is from a debt collector but is not an attempt to collect a debt." See Exhibit "E".

15.    This letter further delineated alleged account information, including an account number, a seller, an original creditor, a current creditor, and a balance. See Exhibit "E".

16.    Furthermore, the letter stated the alleged debt was "sold, assigned, and transferred by the Seller to PRA." See Exhibit "E".

17.    The letter included a request to "contact us" for additional information regarding the alleged account.  See Exhibit "E".

18.    Portfolio Recovery Associates' letter constituted an attempt to collect any debt or to obtain information concerning the consumer.

19.    Therefore, the letter furthered the debt collection aims of Portfolio Recovery Associates and therefore constituted a communication in connection with the collection of an alleged debt.

20.    By explicitly stating that Portfolio Recovery Associates was not attempting to collect a debt. Portfolio Recovery Associates utilized false representation or deceptive means in violation of 15 U.S.C.A. § 1692e(10) of the FDCPA.

4

21.     On September 11, 2019, Portfolio Recovery Associates' appeal period expired, making the Judgment of Judge Gillette-Walker a final judgment, rendering the alleged debt extinguished and unenforceable.

## COUNT I
### VIOLATIONS OF THE FDCPA, 15 U.S.C.A. § 1692, *et seq.*

22.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

23.     There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. 15 U.S.C.A. 1692(a).

24.     The purpose of the FDCPA is to "eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C.A. § 1692(e).

25.     Furthermore, the FDCPA prohibits debt collectors from utilizing "false, deceptive, or misleading representation or means in connection with the collection of any debt" 15 U.S.C.A. § 1692e.

26.     Tim Davis is a "consumer" as defined by § 1692a(3) of the FDCPA.

27.     Portfolio Recovery Associates is a "debt collector" as defined by § 1692a(6) of the FDCPA.

28.     The Third Circuit has held that the FDCPA is to be enforced by private attorney generals. *Weiss v. Regal Collections*, 385 F.3d 337, 345 (3d. Cir. 2004).

29. Section 1692e of the FDCPA provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
> (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

15 U.S.C.A. § 1692e

30.    On August 29, 2019, Portfolio Recovery Associates mailed The Law Firm of Fenters Ward a letter regarding an alleged account associated with Tim Davis.  See Exhibit "E".

31.    The letter explicitly stated in bold font print that the communication was from a debt collector, but that it was "not an attempt to collect a debt."  See Exhibit "E".

32.    The abovementioned letter furthered Portfolio Recovery Associates' purposes, goals, aims, intentions, and means in attempting to collect the alleged debt associated with Tim Davis.

33.    Portfolio Recovery Associates' statement that the letter was "not an attempt to collect a debt" constituted a false representation and the utilization of deceptive means as Portfolio Recovery Associates was in fact attempting to collect the alleged debt.

34.    Therefore, Portfolio Recovery Associates statement that the letter was "not an attempt to collect a debt" constituted a violation of 15 U.S.C.A § 1692e(10) of the FDCPA.

35.    Section 1692d of the FDCPA provides, in relevant part: "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt."

36.    Here, the only natural consequence of Portfolio Recovery Associates' acts of willfully failing to protect financial source documents associated with Tim Davis was to harass, oppress, or abuse Tim Davis.

37.     As such, Portfolio Recovery Associates' conduct, as set forth above, violated 15 U.S.C.A § 1692d of the FDCPA.

38. Section 1692k(a) of the FDCPA provides, in relevant part:

> …any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of – (1) any actual damages sustained by such person as the result of such failure; (2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; and (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court."

15 U.S.C.A. § 1692k(a).

39.     As a direct and proximate result of Portfolio Recovery Associates' violations of the FDCPA, as set forth above, Tim Davis has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Tim Davis, respectfully requests that this Honorable Court enter judgment in their favor and against Defendant, Portfolio Recovery Associates, LLC, and enter an award of monetary damages as described herein, not in excess of arbitration limits, including an award for actual damages, statutory damages pursuant to 15 U.S.C.A. §1692k(a), costs and attorney's fees pursuant to 15 U.S.C.A. § 1692k(a), and such other and further relief as this Honorable Court deems just and proper

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**

Respectfully submitted,

**THE LAW FIRM OF FENTERS WARD**

Date: October 30, 2020                    By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

## **VERIFICATION**

I, JOSHUA P. WARD, ESQ., have read the foregoing COMPLAINT and verify that the statements therein are correct to the best of my personal knowledge, information, and/or belief. I have gained this information from discussions with Plaintiff. This verification is made on behalf of Plaintiff. Plaintiff will produce their verification if/when there is an objection by Defendant or upon directive from the court.

I understand that this verification is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Respectfully submitted,

**THE LAW FIRM OF FENTERS WARD**

Date: October 30, 2020

By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

# EXHIBIT A

# Magisterial District Judge 49-3-02



## DOCKET

Docket Number: MJ-49302-CV-0000051-2019

## Civil Docket

Portfolio Recovery Associates, LLC

v.

Tim E. Davis

Page 1 of 3

### CASE INFORMATION

| | | |
|---|---|---|
| **Judge Assigned:** | The Honorable Kelley Gillette-Walker | |
| **Claim Amount:** | $2,449.66 | |
| **Judgment Amount:** | | |

| | |
|---|---|
| **File Date:** | 04/29/2019 |
| **Case Status:** | Closed |
| **County:** | Centre |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 06/27/2019 | 9:00 am | | The Honorable Kelley Gillette-Walker | Continued |
| Civil Action Hearing | 08/12/2019 | 3:00 pm | | The Honorable Kelley Gillette-Walker | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Davis, Tim E. | Bellefonte, PA 16823 |
| Plaintiff | Portfolio Recovery Associates, LLC | Pittsburgh, PA 152191842 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-49302-CV-0000051-2019 | Portfolio Recovery Associates, LLC | Tim E. Davis | Judgment for Defendant | 08/12/2019 |

MDJS 1200

Printed: 08/14/2019  9:52 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Magisterial District Judge 49-3-02

## DOCKET

Docket Number: MJ-49302-CV-0000051-2019

## Civil Docket



Portfolio Recovery Associates, LLC
v.
Tim E. Davis

Page 2 of 3

### ATTORNEY INFORMATION

**Complainant's Attorney**

<u>Name:</u> Matthew David Urban, Esq.

<u>Representing:</u> Portfolio Recovery Associates, LLC

<u>Counsel Status:</u> Active - Entry of Appearance

<u>Supreme Court No.:</u> 090963

<u>Phone No.:</u> 412-434-7955

<u>Address:</u>    Weltman, Weinberg & Reis, Co., L.P.A.
436 7th Ave, Suite 2500
Pittsburgh, PA 15219-1842

<u>Entry of Appearance Filed Dt:</u> 04/29/2019

<u>Withdrawal of Entry of Appearance Filed Dt:</u>

**Private**

<u>Name:</u> Alan F. Kirk, Esq.

<u>Representing:</u> Davis, Tim E.

<u>Counsel Status:</u> Active - Entry of Appearance

<u>Supreme Court No.:</u> 036893

<u>Phone No.:</u> 814-325-9410

<u>Address:</u>    Alan F. Kirk, PC
341 Science Park Rd, STE 204
State College, PA 16803

<u>Entry of Appearance Filed Dt:</u> 08/12/2019

<u>Withdrawal of Entry of Appearance Filed Dt:</u>

**Private**

<u>Name:</u> Brian J. Fenters, Esq.

<u>Representing:</u> Davis, Tim E.

<u>Counsel Status:</u> Active - Entry of Appearance

<u>Supreme Court No.:</u> 320202

<u>Phone No.:</u> 412-545-3016

<u>Address:</u>    The Law Firm of Fenters Ward
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206

<u>Entry of Appearance Filed Dt:</u> 08/08/2019

<u>Withdrawal of Entry of Appearance Filed Dt:</u>

**Complainant's Attorney**

<u>Name:</u> Adam James Witmer, Esq.

<u>Representing:</u> Portfolio Recovery Associates, LLC

<u>Counsel Status:</u> Active - Entry of Appearance

<u>Supreme Court No.:</u> 092280

<u>Phone No.:</u> 973-753-5100

<u>Address:</u>    C/O Pressler and Pressler, LLC
7 Entin Road
Parsippany, NJ 07054-5020

<u>Entry of Appearance Filed Dt:</u> 08/12/2019

<u>Withdrawal of Entry of Appearance Filed Dt:</u>

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.



# Magisterial District Judge 49-3-02

## DOCKET

Docket Number: MJ-49302-CV-0000051-2019

### Civil Docket



Portfolio Recovery Associates, LLC
v.
Tim E. Davis

Page 3 of 3

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 08/12/2019 | Judgment for Defendant | Magisterial District Court 49-3-02 | Tim E. Davis, Defendant |
| 08/12/2019 | Entry of Appearance Filed | Adam James Witmer, Esq. | Portfolio Recovery Associates, LLC, Plaintiff |
| 08/12/2019 | Entry of Appearance Filed | Alan F. Kirk, Esq. | Tim E. Davis, Defendant |
| 08/08/2019 | Entry of Appearance Filed | Brian J. Fenters, Esq. | Tim E. Davis, Defendant |
| 06/24/2019 | Intent to Defend Filed | Tim E. Davis | Tim E. Davis, Defendant |
| 05/06/2019 | Restricted Certified Civil Complaint Accepted | Magisterial District Court 49-3-02 | Tim E. Davis, Defendant |
| 04/29/2019 | Restricted Certified Civil Complaint Issued | Magisterial District Court 49-3-02 | Tim E. Davis, Defendant |
| 04/29/2019 | Entry of Appearance Filed | Matthew David Urban, Esq. | Portfolio Recovery Associates, LLC, Plaintiff |
| 04/29/2019 | Civil Complaint Filed | Portfolio Recovery Associates, LLC | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# EXHIBIT B



THE LAW FIRM OF
## FENTERS WARD
A I M   T O   W I N

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399    FAX

August 7, 2019

Portfolio Recovery Associates, LLC
% Matthew David Urban, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Ave., Suite 2500
Pittsburgh, PA   15219-1842

**Sent via U.S. Mail**

Re:     Our Client:          Tim E. Davis
        Docket Number:       MJ-49302-CV-0000051-2019
        Account #'s:         xxx

To Whom It May Concern:

Please accept this letter as confirmation of my representation of **Tim E. Davis** with a current address of **1595 Axmann Rd., Bellefonte, PA 16823.** My representation of the above-mentioned client includes any related debt(s) and/or credit account(s) your company claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"). Please cease and desist any further communications with my client as it relates to the collection of Debts.

According to my client, your company has been reporting the above-referenced accounts to collection and/or credit agencies. My client denies owing **Portfolio Recovery Associates, LLC** any amount of money and demands proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and any amendments thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts.

Pursuant to the Consumer Financial Protection Act (**CFPA**) 12 U.S.C. 5533(a) and the Fair Debt Collection Practices Act (**FDCPA**) 15 U.S.C. § 1692 et seq. we request that you provide additional documents related to the Debt you claim is owed by our client:

1.  the original account-level documentation reflecting all purchases, payments, or other actual uses of the account;

2.  a document signed by our client evidencing the opening of the account forming the basis for the debt;

3.  the name of the creditor at the time of charge-off, including the name under which the creditor did business with our client;

4.  the last four digits of the account number associated with the debt at the time our client's last monthly account statement, or, if not available, at the time of charge-off; the charge-off balance;

5.  **Portfolio Recovery Associates, LLC** method of calculating any amount claimed in excess of the charge-off balance;

6.  a copy of the statement where **Portfolio Recovery Associates, LLC** offered to provide our client (within 30 days of a written request) with copies of a document signed by our client evidencing the opening of the account forming the basis for the debt; and the original account-level documentation reflecting a purchase, payment, or other actual use of the account.

Please be advised that at all times relative hereto, we are disputing this debt under the FDCPA, FCRA, FCEUA and/or the UTPCPL. **AS SUCH YOU MUST 1) NOTIFY ANY CRAs YOU HAVE FURNISHED INFORMATION TO THAT THIS TRADE LINE IS DISPUTED; 2) YOU MUST CEASE ALL COLLECTION ATTEMPTS AND DELETE THE TRADE LINE UPON FINAL DISMISSAL OF THE DEBT COLLECTION LAWSUIT IF JUDGMENT IS RENDERED IN FAVOR OF DEFENDANT.** You may direct the requested proof to my office at the address listed above. **YOU HAVE THIRTY (30) DAYS TO PROVIDE THE REQUESTED PROOFS.** All future correspondence or contact shall be directed to my office until my office provides written confirmation of termination of legal representation, if such termination should ever occur. **YOU MUST PROVIDE THIS NOTICE TO ANY ASSIGNEE, TRANSFEREE OR SUBSEQUENT OWNER OF THIS OR ANY DEBT. IF YOU FAIL IN ANY OF THESE REGARDS, YOU WILL BE SUBJECT TO LIABILITY UNDER FEDERAL AND STATE CONSUMER PROTECTION LAWS.**

Very Truly Yours,

*/s/ Joshua P Ward, Esq.*

Joshua P. Ward, Esq.
Direct Dial: (412) 545-3015
Email: jward@fentersward.com

JPW/slk
cc: Tim E. Davis

**UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender

THE LAW FIRM OF FENTERS WARD
201 SOUTH HIGHLAND AVE.
SUITE 201
PITTSBURGH, PA 15206

Check type of mail or service
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt.)
Postmark with Date of Receipt.

EAST LIBERTY STATION
AUG 7 2019
USPS

Special Handling

3. Tim E. Davis
CN-51
1st District letter

Portfolio of Matthew D Urban
Weltman Weinberg & Res
436 7th Ave Suite 2500
Pittsburgh PA 10219

Total Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete in Ink

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

EXHIBIT C

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF  Centre



**ENTRY OF APPEARANCE
PURSUANT TO PARCPMDJ
207.1(A)**

Mag. Dist. No: 49-3-02
MDJ Name:  Honorable Kelley S. Gilltte-Walker
Address:  3555 Benner Pike, Suite C
Bellefonte, PA 16823

Telephone: (814) 355-6739

Portfolio
v.

Tim E. Davis

Docket No:  CV-051-2019
Case Filed:  04/29/19

**TO THE MAGISTERIAL DISTRICT COURT:**

        Please enter my appearance on behalf of    defendant Tim E. Davis
In the above captioned matter.

Attorney Name:    Brian J Fenters

Supreme Court of Pennsylvania Attorney Identification Number:    320202

Firm Name:    The Law Firm of Fenters Ward

Address:    201 South Highland Ave., Suite 201

City, ST, Zip:  Pittsburgh, PA   15206

Telephone Number:    (412) 545-3016

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Brian J Fenters

08/06/19

**Signature of Applicant**

**Date**

AOPC 318                                            1                     FREE INTERPRETER
                                                                    www.pacourts.us/language-rights



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399    FAX

August 6, 2019

Magisterial District Number: 49-3-02

Honorable Kelley S. Gillette-Walker

3555 Benner Pike, Suite C

Bellefonte, PA 16823

Phone: 814-355-6739

**Sent via:** Fax 814-355-8644

**RE:**    **CV-051-2019. Portfolio Recovery Associates, LLC v Tim E. Davis**

## INTENT TO DEFEND NOTICE:

DEFENDANT INTENDS TO ENTER A DEFENSE. PLEASE CONSIDER THIS NOTICE PER Pa. R. Civ. P. MAG DIST J RULE 305(4)(a).

PLEASE NOTIFY THE PLAINTIFF THAT DEFENDANT HAS ENTERED NOTICE TO DEFEND PER Pa. R. Civ. P. MAG DIST J RULE 318.

ALSO, PLEASE UPDATE THE DOCKECT TO SHOW THAT DEFENDANT INTENDS TO DEFEND AS WELL AS OUR ENTRY OF APPEARANCE.

Sincerely,

*/s/ Brian Fenters*

Brian J. Fenters, Esq.
bfenters@fentersward.com
PA Bar# 320202
412-545-3016

BF/slk
CC: Tim E. Davis

EXHIBIT D

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF CENTRE



**NOTICE OF JUDGMENT/TRANSCRIPT**
**CIVIL CASE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-49-3-02 |
| MDJ Name: | Honorable Kelley Gillette-Walker |
| Address: | 3555 Benner Pike, Suite C. Bellefonte, PA 16823 |
| Telephone: | 814-355-6739 |

Brian J. Fenters, Esq.
The Law Firm of Fenters Ward
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206

Portfolio Recovery Associates, LLC
v.
Tim E. Davis

Docket No:    MJ-49302-CV-0000051-2019
Case Filed:   4/29/2019

---

## Disposition Details

**Disposition Summary** (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-49302-CV-0000051-2019 | Portfolio Recovery Associates, LLC | Tim E. Davis | Judgment for Defendant | 08/12/2019 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.   YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

08/12/2019
Date

_Kelley Gillette-Walker_
Magisterial District Judge

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

Date

Magisterial District Judge

RECEIVED
AUG 15 2019

Portfolio Recovery Associates, LLC
v.
Tim E. Davis

Docket No.: MJ-49302-CV-0000051-2019

# Participant List

**Private(s)**

Brian J. Fenters, Esq.
The Law Firm of Fenters Ward
201 South Highland Avenue, Suite 201
Pittsburgh, PA  15206

Alan F. Kirk, Esq.
Alan F. Kirk, PC
341 Science Park Rd, STE 204
State College, PA  16803

**Plaintiff(s)**

Portfolio Recovery Associates, LLC
c/o Weltman, Weinberg & Reis Co., LPA
436 7th Avenue, Suite 2500
Pittsburgh, PA  15219-1842

**Defendant(s)**

Tim E. Davis
1595 Axemann Rd
Bellefonte, PA  16823

**Complainant's Attorney(s)**

Matthew David Urban, Esq.
Weltman, Weinberg & Reis, Co., L.P.A.
436 7th Ave, Suite 2500
Pittsburgh, PA  15219-1842

Adam James Witmer, Esq.
C/O Pressler and Pressler, LLC
7 Entin Road
Parsippany, NJ  07054-5020

MDJS 315
Printed: 08/12/2019  3:27:13PM

2



**FREE INTERPRETER**
www.pacourts.us/language-rights
814-355-6727

# CONFIDENTIAL
# DOCUMENT FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

_____          _____
(Party name as displayed in case caption)          Docket/Case No.

       Vs.

_____          _____
(Party name as displayed in case caption)          Court

This form is associated with the pleading titled _____, dated _____, _____.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Document Form shall accompany a filing where a confidential document is required by law, ordered by the court, or is otherwise necessary to effect the disposition of a matter. This form shall be accessible to the public, however the documents attached shall not be publicly accessible, except as ordered by a court. The documents attached will be available to the parties, counsel of record, the court, and the custodian. **Please only attach documents necessary for the purposes of this case**. Complete the entire form and check all that apply. This form and any additional pages must be served on all unrepresented parties and counsel of record.

| **Type of Confidential Document** | **Paragraph, page, etc. where the confidential document is referenced in the filing:** |
|---|---|
| Financial Source Documents | |
|    Tax Returns and schedules | |
|    W-2 forms and schedules including 1099 forms or similar documents | |
|    Wage stubs, earning statements, or other similar documents | |
|    Credit card statements | |
|    Financial institution statements (e.g., investment/bank statements) | |
|    Check registers | |
|    Checks or equivalent | |
|    Loan application documents | |
| Minors' educational records | |
| Medical/Psychological records | |
| Children and Youth Services' records | |
| Marital Property Inventory and Pre-Trial Statement as provided in Pa.R.C.P. No. 1920.33 | |
| Income and Expense Statement as provided in Pa.R.C.P. No. 1910.27(c) | |
| Agreements between the parties as used in 23 Pa.C.S. §3105 | |

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ Joshua P. Ward*
_____          _____
Signature of Attorney or Unrepresented Party          Date

Name: _____          Attorney Number: (if applicable) _____

Address: _____          Telephone: _____

_____          Email: _____

Rev. 7/2018

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| TIM DAVIS, | CIVIL DIVISION |
| *Plaintiff,* | **ELECTRONICALLY FILED** |
| v. | GD-20-_____ |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| *Defendant.* | **PRAECIPE FOR WRIT OF SUMMONS** |

Filed on Behalf of Plaintiff:
Tim Davis

Counsel of Record for this Party:
**THE LAW FIRM OF FENTERS WARD**

Joshua P. Ward
Pa. I.D. No. 320347

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:    (412) 545-3015
Fax No.:       (412) 540-3399
E-mail:        jward@fentersward.com

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

TIM DAVIS,                                              CIVIL DIVISION

        *Plaintiff,*                              **ELECTRONICALLY FILED**

        v.                                          GD-20-_____

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        *Defendant.*

<u>**PRAECIPE FOR WRIT OF SUMMONS**</u>

TO     PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY
        COUNTY, PENNSYLVANIA:

     Kindly issue a writ of summons in the above-captioned matter.


                              Respectfully submitted,

                              **THE LAW FIRM OF FENTERS WARD**

Date: August 14, 2020               By: _____
                                    Joshua P. Ward (Pa. I.D. No. 320347)
                                    Kyle H. Steenland (Pa. I.D. No. 327786)

                                    The Law Firm of Fenters Ward
                                    The Rubicon Building
                                    201 South Highland Avenue
                                    Suite 201
                                      Pittsburgh, PA 15206

                                    Counsel for Plaintiff

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

TIM DAVIS,

CIVIL DIVISION

     *Plaintiff*,

**ELECTRONICALLY FILED**

     vs.

Case No.: GD-20-008734

PORTFOLIO RECOVERY ASSOCIATES, LLC,

     *Defendant.*

**PROOF OF SERVICE OF
WRIT OF SUMMONS**

Filed on Behalf of Plaintiff:
Tim Davis

Counsel of Record for This Party:

**THE LAW FIRM OF FENTERS WARD**

Joshua P. Ward
Pa. I.D. No. 320347

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:    (412) 545-3015
Fax:          (412) 540-3399
E-mail:       jward@fentersward.com

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

TIM DAVIS,                                                CIVIL DIVISION

        *Plaintiff*,                                 **ELECTRONICALLY FILED**

        vs.                                            Case No.: GD-20-008734

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        *Defendant.*

## PROOF OF SERVICE OF WRIT OF SUMMONS

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | §§ |
| COUNTY OF ALLEGHENY | : | |

## AFFIDAVIT

    I, Joshua P. Ward, Esquire, of The Law Firm of Fenters Ward, hereby swear and affirm that on November 6, 2020, I served a true and correct copy of the Writ of Summons, by way of U.S. Certified Mail, Electronic Return Receipt Requested upon the following persons listed below: (See attached Exhibit A, "the Certified Mail Receipts").

Portfolio Recovery Associates, LLC
120 Corporate Boulevard,
Norfolk, Virginia 23502

Respectfully submitted,

**THE LAW FIRM OF FENTERS WARD**

Date: November 17, 2020                By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

# EXHIBIT "A"

Mailer: JP Ward & Associates

Date Produced: 11/09/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8324 0476 22. Our records indicate that this item was delivered on 11/06/2020 at 10:44 a.m. in NORFOLK, VA 23502. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

PORTFOLIO RECOVERY ASSOCIATES LLC
120 CORPORATE BLVD
NORFOLK VA 23502-4952

Customer Reference Number:    C2351797.13392549
Return Reference Number:        2678.1

**UNITED STATES POSTAL SERVICE ®**

**Return address:**

JP WARD & ASSOCIATES
201 S HIGHLAND AVE STE 201
PITTSBURGH PA 15206

**Recipient address:**

PORTFOLIO RECOVERY ASSOCIATES LLC
120 CORPORATE BLVD
NORFOLK VA 23502-4952

MAILING DATE: 11/02/2020
DELIVERY DATE: 11/06/2020



## USPS CERTIFIED MAIL

9214 8901 9403 8324 0476 22

## USPS Tracking Label Number:  9214 8901 9403 8324 0476 22

| USPS Tracking History | Location | Date / Time |
|---|---|---|
| PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | PITTSBURGH,PA 15206 | 11/02/2020 14:46 |
| ORIGIN ACCEPTANCE | PITTSBURGH,PA 15206 | 11/02/2020 20:42 |
| PROCESSED THROUGH USPS FACILITY | PITTSBURGH,PA 15290 | 11/02/2020 21:57 |
| DEPART USPS FACILITY | PITTSBURGH,PA 15290 | 11/03/2020 06:04 |
| PROCESSED THROUGH USPS FACILITY | NORFOLK,VA 23501 | 11/05/2020 10:47 |
| ARRIVAL AT UNIT | NORFOLK,VA 23502 | 11/06/2020 09:43 |
| OUT FOR DELIVERY | NORFOLK,VA 23502 | 11/06/2020 09:54 |
| DELIVERED | NORFOLK,VA 23502 | 11/06/2020 10:44 |

PHONE::