IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIM DAVIS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Civil Action No. 21-166<br>Judge Nora Barry Fischer |

## JUDGMENT

AND NOW, this 14th day of January, 2022, the Court having granted the Motion for Summary Judgment filed by Defendant,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant and against Plaintiffs as to all claims set forth in the Complaints; and

IT IS FURTHER ORDERED that as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record